UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,
                     Plaintiff,

         -v-

NEW TIAN TIAN LAUNDROMAT INC. and ALLEN GRACE CORP.,
                     Defendants.

21-CV-7814 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant New Tian Tian Laundromat Inc. was served on October 14, 2021 and Defendant Allen Grace Corp. has not yet been served. No appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by December 20, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order on Defendants.

    SO ORDERED.

Dated: December 7, 2021
       New York, New York

                                                   J. PAUL OETKEN
                                                   United States District Judge