UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VELASQUEZ,
                     Plaintiff,

         -v-

NEW TIAN TIAN LAUNDROMAT
INC. *et al.*,
                     Defendant.

21-CV-7814 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Defendant New Tian Tian Laundromat Inc. was served on October 14, 2021. (*See* Dkt. No. 7). Counsel for Defendant Allen Grace Corporation filed a notice of appearance on August 5, 2022. (*See* Dkt. No. 16.) However, no appearance has been entered on Defendant New Tian Tian Laundromat Inc.'s behalf, and no response to the complaint has been filed in the allotted time by either Defendant. Plaintiff has not moved for a default judgment.

      Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

      If Plaintiff fails by December 20, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

1

Plaintiff is directed to serve a copy of this order by mail on Defendant. The Clerk is directed to mail a copy of this order to the pro se party.

SO ORDERED.

Dated: December 6, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge