USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                Plaintiff,

                -v-

NEW TIAN TIAN LAUNDROMAT INC., and
ALLEN GRACE CORP.,

                Defendants.
------------------------------------------------------------------X

**ORDER**

21-CV-7814 (JHR) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated April 13, 2023 (Dkt. No. 23), Judge Rearden referred this case to me for settlement.  The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.  For the parties' information, the Court is not available the weeks of May 15 through 19, and June 5 through 9.

The settlement conference can be conducted either via video conferencing or in-person.  When advising the Court as to their preferred scheduling dates, the parties should indicate which format they prefer.  If video conference is requested, the Court will provide additional information about the logistics in advance of the

1

conference.  An in-person conference will be permitted only if all participants in the conference (attorneys, clients, and any interpreters) comply with the Court's most recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus).  For avoidance of doubt, all parties must agree to proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

    **SO ORDERED.**

Dated: April 13, 2023
       New York, New York

                                          JAMES L. COTT
                                          United States Magistrate Judge